FILED

JUN 27 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA STANLEY ROBERTS,<br><br>Defendant. | CR 08–01–H–DWM–2<br><br>ORDER |

The United States moves unopposed to dismiss the March 1, 2017 Petition for Revocation and vacate the final revocation hearing set for June 29, 2017. (Doc. 118.) On March 29, 2017, the defendant appeared before United States Magistrate Judge Timothy J. Cavan for his final revocation hearing on the Petition. (*See* Minute Entry, Doc. 115.) At that hearing, the defendant admitted to the conduct alleged in the Petition and asked disposition be stayed for 90 days so he could seek treatment. Judge Cavan issued a recommendation consist with that request, (Doc. 116), and the recommendation was adopted, (Doc. 117). A final revocation hearing was then set for June 29, 2017. Since then, the defendant began an intensive outpatient treatment program, attends group therapy three times per week, attends individual therapy weekly, attends Narcotics Anonymous multiple times a week, and works 40 to 60 hours a week. Based on his continued

compliance with the terms of his supervision, the United States, the defendant, and the United States Probation Office support dismissal of the March Petition.

Accordingly, IT IS ORDERED that the United States' unopposed motion (Doc. 118) is GRANTED. The March 1, 2017 Petition is DISMISSED and the June 29, 2017 final revocation hearing is VACATED.

DATED this 27th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court